# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS READER, et. al, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HG STAFFING, LLC, MEI-GSR HOLDINGS, LLC d/b/a GRAND SIERRA RESORT, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:16-cv-00392-LRH-WGC<br><br>STIPULATION/ORDER **EXTENDING TIME TO FILE REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO STAY, AND/OR TO DISMISS WITHOUT PREJUDICE WITH TOLLING**<br><br>**(First Request)** |

Plaintiffs, by and through their counsel of record, Thierman Buck, LLP, and Defendants, by and through their counsel of record, Cohen|Johnson|Parker|Edwards, do hereby agree and stipulate to extend the time for Plaintiffs to Reply to Defendants' Opposition (ECF No. 69) to Plaintiffs' to Motion to Stay, and/or Dismiss without Prejudice with Tolling, (ECF No. 66) from Wednesday, February 7, 2018, up to and including Wednesday, February 14, 2018. This extension is requested in good faith because Plaintiffs' Counsel Jones has had a death in her immediate family.

Accordingly, based on the foregoing and for good cause appearing, the Parties, by and through their respective counsel of record, do hereby stipulate and agree that the time for Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Plaintiffs' to Motion to Stay, and/or

1

Dismiss without Prejudice with Tolling from Wednesday, February 7, 2018, up to and including Wednesday, February 14, 2018.

| | |
|---|---|
| Dated: February 5, 2018. | Dated: February 5, 2018. |
| THIERMAN LAW FIRM | COHEN\|JOHNSON\|PARKER\|EDWARDS |
| */s/ Leah L. Jones* | */s/ Chris Davis* |
| Mark R. Thierman, Nev. Bar No. 8285 | H. Stan Johnson, Nev. Bar No. 00265 |
| Joshua D. Buck, Nev. Bar No. 12187 | Chris Davis, Nev. Bar No. 6616 |
| Leah L. Jones, Nev. Bar No. 13161 | 375 E Warm Springs Rd., Suite 104 |
| 7287 Lakeside Drive | Las Vegas, Nevada 89119 |
| Reno, Nevada 89511 | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### **ORDER**

**IT IS SO ORDERED.**

DATED this 6th day of February, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE